Michael J. Watton  
Utah Bar No. 15806  
WATTON LAW GROUP  
405 South Main Street  
Suite 875  
Salt Lake City, UT 84111  
Tel.:(801) 363-0130  
Email: mwatton@wattongroup.com

Michael A. Tompkins  
Brett R. Cohen  
LEEDS BROWN LAW, P.C.  
One Old Country Road  
Suite 347  
Carle Place, New York 11514  
Tel: (516) 873-9550  
Email: mtompkins@leedsbrownlaw.com  
       bcohen@leedsbrownlaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CHASE HIATT, *an individual on behalf of himself and all others similarly situated,*  <br><br>PLAINTIFF,<br><br>v.<br><br>BRIGHAM YOUNG UNIVERSITY *(a Utah Corporation),*<br><br>DEFENDANT. | **PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE CLASS CERTIFICATION MOTION**<br><br>Civil No.: 1:20-cv-00100-TS-CMR<br><br>Judge Ted Stewart<br><br>Magistrate Judge Cecilia M. Romero |

Plaintiff, through undersigned counsel, moves the Court for an extension of time to complete class discovery and file a Motion for Class Certification pursuant to DUCivR 23-1 (d). Plaintiff is authorized to represent to the Court that this motion is not opposed by Defendant. In support of this Motion, Plaintiff states the following:

1. This action commenced on August 5, 2020 with the filing of a two-count proposed class action Complaint. Defendant was granted an extension to responsively plead and timely filed a Motion to Dismiss on October 9, 2020.

2. The Motion to Dismiss is pending. Response and replies are not yet due.

3. According to Local Rule DUCivR 23-1 (d) "[u]nless the court otherwise orders, the proponent of a class shall file a motion for certification that the action is maintainable as a class action within ninety (90) days after service of a pleading purporting to commence a class action, including cross claims and counterclaims."

4. Plaintiff's counsel requires additional time after class discovery, which has not yet commenced, to appropriately file a Motion for Class Certification after a decision is granted on the Defendant's Motion to Dismiss.

5. Plaintiff's counsel requested whether Defendant's counsel objected to allow for proper time for class discovery and to bring a certification motion on the following basis:

    a. If the Court were to deny the pending Motion to Dismiss, Plaintiff is granted 90 days after such decision to obtain class discovery, and then

    b. Plaintiff must file any class certification motion withing twenty-eight (28) days after class discovery closes.

6. Defendant, through its counsel, indicated it had no objection to the timing indicated in 5 a and b above.

7. This requested extension is made in good faith and not for purposes of delay.

8. A Proposed Order is attached as an exhibit to this motion. In addition, a Word version of the motion was separately transmitted electronically to the Court.

Dated: October 28, 2020

>By: */s/ Michael J. Watton*
>Michael J. Watton
>Utah Bar No. 15806
>**WATTON LAW GROUP**
>405 South Main Street
>Suite 875
>Salt Lake City, UT 84111
>Tel.:(801) 363-0130
>Email: mwatton@wattongroup.com
>
>Michael A. Tompkins
>Brett Cohen
>LEEDS BROWN LAW, P.C.
>One Old Country Road, Suite 347
>Carle Place, New York 11514
>Tel.:(516) 873-9550
>Email: mtompkins@leedsbrownlaw.com
>          bcohen@leedsbrownlaw.com
>
>*Attorneys for Plaintiff and the Putative Class*

**CERTIFICATE OF SERVICE**

I, Kaitlyn Lenagh, certify that on October 28, 2020, the foregoing **Plaintiff's Motion for Extension of Time to File Class Certification Motion** was electronically filed through the Court's CM/ECF filing system which sent notification of such to all counsel of record.

*/s/ Kaitlyn Lenagh*