# UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| CHASE HIATT, *an individual on behalf of himself and all others similarly situated*,<br><br>PLAINTIFF,<br><br>v.<br><br>BRIGHAM YOUNG UNIVERSITY *(a Utah Corporation)*,<br><br>DEFENDANT. | ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE CLASS CERTIFICATION MOTION<br><br>Case No.: 1:20-cv-00100-TS-CMR<br><br>District Judge Ted Stewart<br><br>Magistrate Judge Cecilia M. Romero |

Before the court is Plaintiff's Motion for Extension of Time to File Class Certification Motion ("Motion") (ECF 22).  In the Motion Plaintiff represents to the court that Defendant's do not oppose the extension of time.  Based on the stipulation of the parties, and for good cause appearing, the court GRANTS the Motion. IT IS HEREBY ORDERED:

1. Should the court deny Defendant's pending Motion to Dismiss, Plaintiff is granted 90 days after such decision to obtain pre-class certification discovery.

2. Within twenty-eight (28) days after pre-class certification discovery ends Plaintiff may file a Motion for Class Certification pursuant to DUCivR 23-1 (d).

3. Any remaining discovery will be completed upon the court rendering a decision as to class certification.

DATED this 29 October 2020.

Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah