James S. Jardine (1647)
Samuel C. Straight (7638)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah  84145-0385
Telephone:  (801) 532-1500
jjardine@rqn.com
sstraight@rqn.com

David M. Andersen (16352)
Christopher A. Bauer (13492)
Office of the General Counsel
BRIGHAM YOUNG UNIVERSITY
A360 ASB
Provo, Utah 84602
Telephone: (801) 422-2235
david_andersen@byu.edu
Chris_bauer@byu.edu

*Attorneys for Defendant Brigham Young University*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| ROSCOE EVANS, an individual on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BRIGHAM YOUNG UNIVERSITY, a Utah corporation,<br><br>Defendant. | **STIPULATED MOTION CONCERNING CLASS CERTIFICATION DISCOVERY AND BRIEFING**<br><br>Case No. 1:20-cv-00100-TS-CMR<br><br>Judge Ted Stewart<br><br>Magistrate Judge Cecilia M. Romero |

Plaintiff Roscoe Evans ("Plaintiff") and Defendant Brigham Young University ("BYU"), by and through their counsel of record, hereby stipulate and jointly move the Court to set the following deadlines regarding class certification discovery and briefing as follows:

- On or before August 2, 2021, Plaintiff will file its motion for class certification

- On August 2, 2021, class certification discovery closes;

- On or before October 1, 2021, Defendant will file its opposition to Plaintiff's class certification motion;

- On or before November 1, 2021, Plaintiff will file its reply in support of class certification motion;

- After the Court rules on Plaintiff's motion for class certification, the parties will meet and confer and propose a schedule for the remainder of the case, if necessary.

A proposed order is submitted herewith.

` DATED this 19th day of April 2021.

RAY QUINNEY & NEBEKER P.C.

/s/ Sam Straight
James S. Jardine
Samuel C. Straight
*Attorneys for Defendant Brigham Young University*

DATED this 19th day of April 2021.

WATTON LAW GROUP

/s/ Michael J. Watton *Signed with permission*
Michael J. Watton

LEEDS BROWN LAW, P.C
Michael A. Tomkins, Esq.
Brett R. Cohen, Esq.

The SULTZER LAW GROUP, P.C.
Jeremy Francis, Esq.

CARLSON LYNCH, LLP
Edward W. Ciolko

*Attorneys for Plaintiff Roscoe Evans*

1563984

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of April 2021, the foregoing **STIPULATED MOTION CONCERNING CLASS CERTIFICATION DISCOVERY AND BRIEFING** was electronically filed with the Clerk of Court using the Federal Court/ECF which sent notification of such to all counsel of record.

*/s/ Brandy Sears*

1563984