**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| ROSCOE EVANS, an individual on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BRIGHAM YOUNG UNIVERSITY, a Utah corporation,<br><br>Defendant. | **ORDER GRANTING STIPULATED MOTION CONCERNING CLASS CERTIFICATION DISCOVERY AND BRIEFING**<br><br>Case No. 1:20-cv-00100-TS-CMR<br><br>District Judge Ted Stewart<br><br>Magistrate Judge Cecilia M. Romero |

Based on the Stipulated Motion Concerning Class Certification Discovery and Briefing (ECF 46), and good cause appearing, the court GRANTS the Motion and ORDERS as follows:

- On or before August 2, 2021, Plaintiff will file its motion for class certification;
- On August 2, 2021, class certification discovery closes;
- On or before October 1, 2021, Defendant will file its opposition to Plaintiff's class certification motion;
- On or before November 1, 2021, Plaintiff will file its reply in support of class certification motion;
- After the court rules on Plaintiff's motion for class certification, the parties will meet and confer and propose a schedule for the remainder of the case, if necessary.

//

DATED this 20 April 2021.

_____
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah

2