IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| ROSCOE EVANS, an individual on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BRIGHAM YOUNG UNIVERSITY, a Utah corporation,<br><br>Defendant. | **ORDER GRANTING *EX PARTE* MOTION FOR LEAVE TO FILE OVERLENGTH CLASS CERTIFICATION MOTION AND MEMORANDUM**<br><br>Case No. 1:20-cv-00100-TS-CMR<br><br>District Judge Ted Stewart<br><br>Magistrate Judge Cecilia M. Romero |

This matter comes before the court on the Plaintiff's *Ex Parte* Motion for Leave to File Overlength Motion and Memorandum (Motion) (ECF 48). The court, having considered the Motion, and good cause and exceptional circumstances appearing, hereby ORDERS that Plaintiff be granted leave to file overlength Motion for Class Certification and Memorandum not to exceed 20 pages in length.

DATED this 30 July 2021.

_____
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah