James S. Jardine (1647)
Samuel C. Straight (7638)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
jjardine@rqn.com
sstraight@rqn.com

Christopher A. Bauer (13492)
David M. Andersen (16352)
Office of the General Counsel
BRIGHAM YOUNG UNIVERSITY
A360 ASB
Provo, Utah 84602
Telephone: (801) 422-2235
chris_bauer@byu.edu
david_andersen@byu.edu

*Attorneys for Defendant Brigham Young University*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ROSCOE EVANS, an individual on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BRIGHAM YOUNG UNIVERSITY, a Utah corporation,<br><br>Defendant. | **DEFENDANT'S *EX PARTE* MOTION FOR LEAVE TO FILE OVERLENGTH OPPOSITION TO PLAINTIFF'S CLASS CERTIFICATION AND SUPPORTING MEMORANDUM**<br><br>Case No. 1:20-cv-00100-TS-CMR<br><br>Judge Ted Stewart<br><br>Magistrate Judge Cecilia M. Romero |

Pursuant to DUCivR 7-1(e), Defendant Brigham Young University ("BYU") respectfully moves this Court for leave to file an overlength Opposition to Plaintiff's Class Certification and Supporting Memorandum. BYU's Opposition consists of approximately 62 pages. Good cause exists and this overlength response is necessary to adequately address the legal standard and factual issues raised in Plaintiff's overlength motion for class certification. In particular, BYU was required to marshal the facts under the correct legal standards, address the correct legal standards, hire an expert to respond to Plaintiff's vague and changing damage theories, and

provide the Court the appropriate factual and legal analysis. This motion is accompanied by a proposed Order.

DATED: October 1, 2021.

                                                 RAY QUINNEY & NEBEKER P.C.

                                                 */s/ Samuel C. Straight*
                                                 James S. Jardine
                                                 Samuel C. Straight

                                                 *Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of October, 2021 the foregoing **DEFENDANT'S *EX PARTE* MOTION FOR LEAVE TO FILE OVERLENGTH OPPOSITION TO PLAINTIFF'S CLASS CERTIFICATION AND SUPPORTING MEMORANDUM** was electronically filed with the Clerk of Court using the Federal Court/ECF which sent notification of such to all counsel of record:

>Michael J. Watton, Esq. Utah Bar No. 15806
>**WATTON LAW GROUP**
>311 South State Street
>Suite 280
>Salt Lake City, Utah 84111
>Tel. (801) 363-0130
>mwatton@wattongroup.com
>
>Michael A. Tompkins, Esq.*
>**LEEDS BROWN LAW, P.C.**
>One Old Country Road, Suite 347
>Carle Place, NY 11514
>(516) 873-9550
>mtompkins@leedsbrownlaw.com
>
>Ed Ciolko, Esq.*
>**CARLSON LYNCH LLP**
>1133 Penn Avenue, 5th Floor
>Pittsburgh, PA 15222
>Tel: (412) 322-9243
>Fax: (412) 231-0246
>eciolko@carlsonlynch.com
>
>Jason P. Sultzer, Esq.*
>Benjamin Zakarian, Esq.**
>**THE SULTZER LAW GROUP, P.C.**
>85 Civic Center Plaza, Suite 104
>Poughkeepsie, New York 12601
>(845) 483-7100
>sultzerj@thesultzerlawgroup.com
>zakarianb@thesultzerlawgroup.com

                              */s/ Brandy Sears*

1580416