Michael J. Watton, Esq.
Utah Bar No. 15806
**WATTON LAW GROUP**
311 South State Street
Suite 280
Salt Lake City, Utah 84111
Tel. (801) 363-0130
mwatton@wattongroup.com

Michael A. Tompkins, Esq.
Brett R. Cohen, Esq.
**LEEDS BROWN LAW, P.C.**
One Old Country Road, Suite 347
Carle Place, NY 11514
Tel. (516) 873-9550
mtompkins@leedsbrownlaw.com
bcohen@leedsbrownlaw.com

Jeremy Francis, Esq.
**THE SULTZER LAW GROUP, P.C.**
85 Civic Center Plaza, Suite 104
Poughkeepsie, New York 12601
Tel. (845) 483-7100
francisj@thesultzerlawgroup.com

Edward Ciolko, Esq.
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburg, PA 15222
Tel. (412) 322-9243
eciolko@lcllp.com

*Attorneys for Plaintiff and Putative Class*

---

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ROSCOE EVANS, an individual on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BRIGHAM YOUNG UNIVERSITY, a Utah corporation,<br><br>Defendant. | **PLAINTIFF'S EX PARTE MOTION FOR LEAVE TO FILE OVERLENGTH REPLY MEMORANDUM IN SUPPORT OF PLAINTIFF'S CLASS CERTIFICATION MOTION AND MEMORANDUM**<br><br>Case No. 1:20-cv-00100-TS-CMR<br><br>Judge Ted Stewart<br><br>Magistrate Judge Cecilia M. Romero |

Plaintiff, through his attorneys of record, and pursuant to DUCivR 7-1 (e), hereby moves the Court for an order granting Plaintiff leave to file a Reply Memorandum in support of his Class Certification Motion and Memorandum ("Reply Brief") exceeding the page limitation set forth for replies in DUCivR 7-1(b)(2)(C). Plaintiff requests that the ten-page (10) limit therein set

forth be extended up to twenty (20) pages.

Plaintiff requires an extension of the page limitation due to the complexity and significance of class certification motions and establishing the various elements require by Rule 23 of the Federal Rules of Civil Procedure, generally, and the sheer breadth of averments and arguments made in Defendant's 62-page (by similar leave of Court) Opposition to Plaintiff's Class Certification Motion an Memorandum, its, *inter alia*, numerous exhibits and proposed expert opinion (including its own expansive universe of supporting documents), and information gleaned from a recent deponent.

Lastly, Counsel for Defendant indicated that they agree to the requested relief.

For the foregoing reason, Plaintiff submits that good cause and exceptional circumstances exist for the filing of an overlength Reply Brief. Plaintiff therefore respectfully requests that the Court enter the proposed order granting leave to file an overlength brief.

Respectfully submitted this 8th day of November, 2021.

                                                   */s/ Edward W. Ciolko*
                                                 Edward Ciolko, Esq.
                                                 **LYNCH CARPENTER, LLP**
                                                 1133 Penn Avenue, 5th Floor
                                                 Pittsburgh, PA 15222
                                                 Tel. (412) 322-9243
                                                 eciolko@lcllp.com