Case 1:20-cv-00100-TS-CMR   Document 124   Filed 03/14/22   PageID.3560   Page 1 of 4

Michael J. Watton, Esq.
Utah Bar No. 15806
**WATTON LAW GROUP**
311 South State Street, Suite 280
Salt Lake City, Utah 84111
Tel. (801) 363-0130
mwatton@wattongroup.com

Michael A. Tompkins, Esq.*
Brett R. Cohen, Esq.*
**LEEDS BROWN LAW, P.C.**
One Old Country Road, Suite 347
Carle Place, NY 11514
Tel. (516) 873-9550
mtompkins@leedsbrownlaw.com
bcohen@leedsbrownlaw.com
*Admitted Pro Hac Vice

Jason P. Sultzer, Esq.*
**THE SULTZER LAW GROUP, P.C.**
85 Civic Center Plaza, Suite 104
Poughkeepsie, New York 12601
Tel. (845) 483-7100
sultzerj@thesultzerlawgroup.com
*Admitted Pro Hac Vice

Edward C. Ciolko, Esq.*
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, Floor 5
Pittsburgh, PA 15222
Tel. (267) 609-1990
eciolko@lcllp.com
*Admitted Pro Hac Vice

*Attorneys for Plaintiff and Putative Class*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| ROSCOE EVANS, an individual on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BRIGHAM YOUNG UNIVERSITY, a Utah corporation,<br><br>Defendant. | **STIPULATED MOTION TO STAY PENDING PLAINTIFF'S REQUEST TO APPEAL PURSUANT TO RULE 23(F)**<br><br>Case No. 1:20-cv-00100-TS-CMR<br><br>Judge Ted Stewart<br><br>Magistrate Judge Cecilia M. Romero |

Plaintiff Roscoe Evans ("Plaintiff") will file a petition on March 14, 2022 with the U.S.

Court of Appeals for the Tenth Circuit ("Tenth Circuit") requesting permission to appeal this

Court's Memorandum Decision and Order Denying Plaintiff's Motion For Class Certification (Dkt. No. 123) pursuant to Rule 23(f) of the Federal Rules of Civil Procedure. Plaintiff respectfully moves for and Defendant Brigham Young University ("BYU") stipulates to, by and though their counsel of record, this Court to issue an order staying the above-captioned action until a final decision is entered by the Tenth Circuit concerning Plaintiff's request for appeal and appeal if granted. Within 14 days after entry of a final decision by the Tenth Circuit, the parties shall meet and confer and provide the Court a status update on the case. Should Plaintiff not file a request to appeal with the Tenth Circuit within the time specified by Rule 23(f), the parties will meet and confer and provide the Court a status update on the case within 14 days after the deadline for Plaintiff to file a request for appeal.

      A proposed order is submitted herewith.

      DATED this 14th day of March, 2022.

                              /s/ Michael J. Watton
                              Michael J. Watton, Esq. - Utah Bar No. 15806
                              **WATTON LAW GROUP**
                              311 South State Street, Suite 280
                              Salt Lake City, Utah 84111
                              Tel. (801) 363-0130
                              mwatton@wattongroup.com

                              &

                              **LEEDS BROWN LAW, P.C.**
                              Michael A. Tompkins, Esq.*
                              Brett R. Cohen, Esq.*
                              One Old Country Road, Suite 347
                              Carle Place, NY 11514
                              Tel. (516) 873-9550
                              mtompkins@leedsbrownlaw.com
                              bcohen@leedsbrownlaw.com
                              **Admitted Pro Hac Vice*

&

**THE SULTZER LAW GROUP, P.C.**
Jason P. Sultzer, Esq.*
sultzerj@thesultzerlawgroup.com
85 Civic Center Plaza, Suite 104
Poughkeepsie, New York 12601
Tel. (845) 483-7100
francisj@thesultzerlawgroup.com
*Admitted Pro Hac Vice*

&

**LYNCH CARPENTER, LLP**
Edward C. Ciolko, Esq.*
eciolko@lcllp.com
1133 Penn Avenue, 5th Floor
Pittsburgh, PA  15222
Tel. (267) 609-1990
* Admitted Pro Hac Vice*


*Counsel for Plaintiff and the Putative Class*


DATED this 14th day of March, 2022 and stipulated by:


/s/ Samuel C. Straight
Samuel C. Straight, Esq.
**RAY QUINNEY & NEBEKER P.C.**
sstraight@rqn.com
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, UT 84145-0385
Tel. (801) 532-1500


1582976

## CERTIFICATE OF SERVICE

I hereby certify that on this this 14th day of March, 2022, the foregoing **STIPULATED MOTION TO STAY PENDING PLAINTIFF'S REQUEST TO APPEAL PURSUANT TO RULE 23(F)** was electronically filed with the Clerk of Court using the Federal Court/ECF which sent notification of such to all counsel of record.

*/s/ Kaitlyn R. Lenagh*